UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-5198-DMG (AGRx) | Date | August 23, 2021 |
| Title | *One Step Up, Ltd. v. Azul Clothing, Inc.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On July 21, 2021, the Court set a Scheduling Conference. [Doc. # 11.] As required by the Court's July 21, 2021 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report, attaching a worksheet (Exhibit A). To date, the worksheet has not been filed.

The Scheduling Conference set for hearing on September 3, 2021 is continued to **September 10, 2021 at 9:30 a.m.** The parties shall file their Joint Rule 26(f) Report, attaching the worksheet attached to the Court's July 21, 2021 Order, by no later than August 27, 2021.

IT IS SO ORDERED.